IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WONGA MAQAGI

v.                                    C.A. NO. 13-1573

HORIZON LAMPS, INC., et al

**FILED**

JUL 1 6 2014

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>ORDER</u>

AND NOW, this 16TH day of July, upon consideration of plaintiff's counsel's motion to withdraw and all responses thereto and after having conducted a hearing on the motion, it is hereby ORDERED that the motion [Doc. 34] is GRANTED.

The Clerk is DIRECTED to strike the law firm of Costello and Mains, P.C.and all of its members from the docket as representing the Plaintiff.

It is further ORDERED that all proceeding in this case shall be stayed for a period of 60 days from the date of this Order so that plaintiff may secure new counsel. If plaintiff has not secured new counsel at the end of the 60 day period, the case will proceed with plaintiff acting in a <u>pro se</u> capacity.

It is further ORDERED that the defendant's cross-motion for plaintiff to produce tax returns [Doc. 36] is GRANTED. Plaintiff shall produce to defense counsel, within 10 days of the date of this Order, all of federal, state and local income tax returns for the years 2012, 2013 and 2014, or face possible sanctions.

BY THE COURT:

JEFFREY L. SCHMEHL, J.