IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WONGA MAQAGI

      v.                             C.A. NO. 13-1573

HORIZON LAMPS, INC;
BALDWIN TECHNOLOGY CO., INC.;
DONNA DAROS; and
BRENDA KUHLE

**ORDER**

AND NOW, this 26th day of May, 2016, upon consideration of the defendants' motion for summary judgment and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. 50] is GRANTED.

It is further ORDERED that judgment is ENTERED in favor of the defendants and against the plaintiff.

                                              BY THE COURT:

                                              **/s/ Jeffrey L. Schmehl**
                                              JEFFREY L. SCHMEHL, J.