# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**WONGA MAQAGI**

    **v.**                                               **C.A. NO. 13-1573**

**HORIZON LAMPS, INC, et al.**

## **ORDER**

AND NOW, this 9th day of December, 2016, upon consideration of the plaintiff's motion in terms of Rule 25 "Filing and Service," Federal Rules of Appellate Procedure Title VII, General Provisions: Argument that Appeals Court has Full Jurisdiction, which the Court construes as a motion for an extension of time to file a notice of appeal, and all responses and replies thereto, it is hereby ORDERED that the motion [Doc. 77] is DENIED.

                                                          BY THE COURT:

                                                          **/s/ Jeffrey L. Schmehl**
                                                          JEFFREY L. SCHMEHL, J.